M. P. No. 75-195. NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY *v.* PUBLIC UTILITIES COMMISSION *et al.* Motion for a stay of the Supplementary Report and Order of the Public Utilities Commission issued on December 10, 1976 is assigned to the calendar of January 7, 1977 at 2:00 P.M. for oral argument. *Tillinghast, Collins, & Graham, Peter J. McGinn, Louis Durfee; C. Duane Aldrich, Richard W. Blackburn,* Boston, Mass., for plaintiff. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for defendants.

M. P. No. 76-184. IN RE: EDWARD PELOQUIN. Motion of the petitioner for assignment of counsel is granted and Raul L. Lovett is assigned to represent the petitioner in his Workmen's Compensation proceedings. *Lovett & Linder, Ltd., Raul L. Lovett,* for petitioner.